IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Case No.: 1:22-cv-02588-SDG-JEM

KATHY MACAAJOUX[1],

   PLAINTIFF,

V.

HEALTHCARE REVENUE
RECOVERY GROUP D/B/A
ACCOUNT RESOLUTION SERVICES[2],

   DEFENDANTS.
_____/

## DEFENDANT, HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES' CERTIFICATE OF SERVICE OF ITS FIRST REQUEST FOR ADMISSIONS, REQUEST FOR PRODUCTION, AND INTERROGATORIES TO PLAINTIFF

COMES NOW, the Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("ARS"), by and through its undersigned counsel, and certifies that on **August 11, 2022**, Defendant served its First Request for Admissions, Request for Production, and Interrogatories to Plaintiff via

---

[1] Plaintiff's correct last name is Macajoux.
[2] Defendant's correct name is Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Services.

electronic transmission and by USPS mail on the 11th day of August 2022 to Kathy Macaajoux 8363 Blackfoot Trail, Jonesboro, Georgia 30236 and Lundykathy63@gmail.com *(Plaintiff)*.

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing document has been prepared with Times New Roman 14 point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on August 11, 2022, via the Court Clerk's CM/ECF system and served to Plaintiff by USPS mail on the 11th day of August 2022 to Kathy Macaajoux 8363 Blackfoot Trail, Jonesboro, Georgia 30236 and electronic transmission at Lundykathy63@gmail.com *(Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Georgia Bar No. 427760
Florida Bar No.: 0110108
Ernest H. Kohlmyer, III
skohlmyer@shepardfirm.com
service@shepardfirm.com

2

                                Shepard, Smith, Kohlmyer & Hand, P.A.
                                2300 Maitland Center Parkway, Suite 100
                                Maitland, Florida 32751
                                Telephone (407) 622-1772
                                Facsimile (407) 622-1884
                                *Attorneys for Defendant*