FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 20 2022

KEVIN P. WEIMER, Clerk
By: Kimberly Hatcher, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KATHY MACAJOUX**<br>    **Plaintiff,**<br><br>v.<br><br>**HEALTHCARE REVENUE**<br>**RECOVERY GROUP, LLC d/b/a**<br>**ACCOUNT RESOLUTION SERVICES.,**<br>    **Defendant.** | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>) Case No. 1:22-cv-2588 -SDG<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Kathy Macajoux proceeding pro se files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, and states the following:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Kathy Macajoux, Plaintiff

- Healthcare Revenue Recovery Group d/b/a ARS Account Resolution Services, Defendant.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- **None Known**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- Kathy Macajoux, Pro Se, Plaintiff

- Ernest H. Kohlmyer, III, Esquire
  Counsel for Defendant
  Healthcare Revenue
  Recovery Group d/b/a
  ARS Account Resolution
  Services

- Shepard, Smith, Kohlmyer & Hand, P.A
  Counsel for Defendant
  Healthcare Revenue
  Recovery Group d/b/a
  ARS Account Resolution
  Services

## NOTE

Plaintiff received the following document by mail on September 19, 2022 at approximately 4pm:

Document Number 13 a Court Order for Plaintiff to file a certificate of interested persons and corporate disclosure statement within 10 days of the entry of said order. Plaintiff has timely submitted the ordered filing on September 20, 2022.

Respectfully submitted,

_____
Kathy Macajoux
8363 Blackfoot Trail
Jonesboro, Georgia 30236
(786)915-2060
Lundykathy63@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served electronically via email and by USPS mail to:

Ernest H. Kohlmyer, III
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Email: skohlmyer@shepardfirm.com

Date: September 20, 2022

_____
Kathy Macajoux