# Exhibit "A"



**ARS** — 15 U.S.C. 1692f(8)   Exhibit A

MAIL RETURN ONLY
PO BOX 8668 · CORAL SPRINGS FL 33075-8668

Page 1 of 1

Account Resolution Services
a division of HRRG, LLC
P.O. Box 459079
Sunrise, FL 33345-9079
Toll Free Phone 800-694-3048
En Español 800-694-3397
Hours of Operation
Mon - Thurs 8:30am EST to 8:00pm EST
Fri 8:30am EST to 5:30pm EST

June 22, 2021

ARS ▲ 000275 B6
KATHY CARESSE MACAJOUX
8363 BLACKFOOT TRL
JONESBORO GA 30236-3965

Re: ████0590
www.arspayment.com
PIN# ████517

Dear Kathy Caresse Macajoux:

As you are already aware, ARS represents physicians who provide services in healthcare facilities throughout the country. In response to your request for verification of debt we have listed the information below. ARS has verified this information with our client, and confirmed the outstanding balance of $7938.00.

The account(s) are delinquent.

15 USC 1692d(2)      15 USC 1692e(2)(A)

Best regards,        15 USC 1692d(2)          15 USC 1692d(2)

ARS Account Resolution Services

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE : SEE REVERSE FOR IMPORTANT INFORMATION).

This past due amount remains outstanding from services provided on the following date(s):

15 USC 1692d(2)

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| INPHYNET S BROWARD, LLC | 4752-58281174 | MACAJOUX, KATHY CARES | 710.00 | 09/25/16 |
| INPHYNET S BROWARD, LLC | 4835-58281174 | MACAJOUX, KATHY CARES | 1031.00 | 12/31/16 |
| INPHYNET S BROWARD, LLC | 6074-58281174 | MACAJOUX, KATHY CARES | 1539.00 | 02/18/17 |
| INPHYNET S BROWARD, LLC | 0204-58281174 | MACAJOUX, KATHY CARES | 1731.00 | 04/18/17 |
| INPHYNET S BROWARD, LLC | 9037-58281174 | MACAJOUX, KATHY CARES | 147.00 | 04/25/17 |
| INPHYNET S BROWARD, LLC | 9292-58281174 | MACAJOUX, KATHY CARES | 1083.00 | 01/14/18 |
| INPHYNET S BROWARD, LLC | 6906-58281174 | MACAJOUX, KATHY CARES | 1697.00 | 11/10/18 |

15 USC 1692e(2)(A)