# Exhibit "B"

11/18/2020                                              Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020                                              **EQUIFAX**

                           ■■■■5XX

**ACCOUNT DETAILS**                          **CONTACT INFORMATION**

Account Name                    ·           None provided

Account #                    ■■■5XX          **PAYMENT HISTORY**

Original Creditor               ·

Company Sold                    ·

Account Type            COLLECTION

Date Opened            Dec 23, 2019           Exhibit B-1

Account Status!                 ·

Payment Status            Unpaid

Status Updated            Oct 2020

Balance                    $1,697

Balance Updated                 ·

Original Balance            $1,697

Monthly Payment                 ·

Past Due Amount                 ·

Highest Balance                 ·

Terms                           ·

Responsibility        Individual Account

Your Statement                  ·

Comments                        ·

11/18/2020                                         Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020

**EQUIFAX**

                                          7XX

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | - |
| Account # | 7XX |
| Original Creditor | - |
| Company Sold | - |
| Account Type | COLLECTION |
| Date Opened | Dec 20, 2018 |
| Account Status! | - |
| Payment Status | Unpaid |
| Status Updated | Oct 2020 |
| Balance | $1,083 |
| Balance Updated | - |
| Original Balance | $1,083 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | - |
| Responsibility | Individual Account |
| Your Statement | - |
| Comments | - |

### CONTACT INFORMATION

None provided

### PAYMENT HISTORY

Exhibit B-2

11/18/2020                                                        Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020

**EQUIFAX**



█ 75XX

| ACCOUNT DETAILS | | CONTACT INFORMATION |
|---|---|---|
| Account Name | · | None provided |
| Account # | █ 75XX | PAYMENT HISTORY |
| Original Creditor | · | |
| Company Sold | · | |
| Account Type | COLLECTION | Exhibit B-3 |
| Date Opened | Jun 21, 2018 | |
| Account Status! | · | |
| Payment Status | Unpaid | |
| Status Updated | Oct 2020 | |
| Balance | $147 | |
| Balance Updated | · | |
| Original Balance | $147 | |
| Monthly Payment | · | |
| Past Due Amount | · | |
| Highest Balance | · | |
| Terms | · | |
| Responsibility | Individual Account | |
| Your Statement | · | |
| Comments | · | |

11/18/2020                                    Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020                                    **EQUIFAX**

                          ▮▮ 75XX

**ACCOUNT DETAILS**                           **CONTACT INFORMATION**

Account Name                          ·       None provided

Account #                     ▮▮75XX          **PAYMENT HISTORY**

Original Creditor                     ·

Company Sold                          ·

Account Type                    COLLECTION          Exhibit B-4

Date Opened                   Jun 21, 2018

Account Status!                       ·

Payment Status                    Unpaid

Status Updated                   Oct 2020

Balance                           $1,731

Balance Updated                       ·

Original Balance                  $1,731

Monthly Payment                       ·

Past Due Amount                       ·

Highest Balance                       ·

Terms                                 ·

Responsibility            Individual Account

Your Statement                        ·

Comments                              ·

11/18/2020                                      Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020                    

           ▇▇▇▇ 5XX

**ACCOUNT DETAILS**                             **CONTACT INFORMATION**

Account Name                         ·          None provided

Account #                   ▇▇▇▇ 5XX            **PAYMENT HISTORY**

Original Creditor                    ·

Company Sold                         ·

Account Type                 COLLECTION         *Exhibit B-5*

Date Opened                  Nov 20, 2017

Account Status!                      ·

Payment Status               Unpaid

Status Updated               Oct 2020

Balance                      $710

Balance Updated                      ·

Original Balance             $710

Monthly Payment                      ·

Past Due Amount                      ·

Highest Balance                      ·

Terms                                ·

Responsibility               Individual Account

Your Statement                       ·

Comments                             ·

---

Summary      Accounts      *Collections*      Inquiries      Public Records      Credit Score

11/18/2020                                                    Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020                                                  EQUIFAX®

                                    XX

### ACCOUNT DETAILS                            CONTACT INFORMATION

Account Name                          ·        None provided

Account #                      09XX            PAYMENT HISTORY

Original Creditor                     ·

Company Sold                          ·

Account Type                   COLLECTION                    Exhibit B-6

Date Opened                    Apr 20, 2018

Account Status!                       ·

Payment Status                 Unpaid

Status Updated                 Oct 2020

Balance                        $1,539

Balance Updated                       ·

Original Balance               $1,539

Monthly Payment                       ·

Past Due Amount                       ·

Highest Balance                       ·

Terms                                 ·

Responsibility                 Individual Account

Your Statement                        ·

Comments                              ·

*Summary        Accounts        Collections        Inquiries     Public Records    Credit Score*

11/18/2020                                    Experian

CATHY MACAJOUX - Equifax
Date of Report: Nov 18, 2020





**ACCOUNT DETAILS**                           **CONTACT INFORMATION**

Account Name                        -         None provided

Account #                    59XX             **PAYMENT HISTORY**

Original Creditor                   -

Company Sold                        -

Account Type              COLLECTION          Exhibit B-7

Date Opened              Feb 20, 2018

Account Status!                     -

Payment Status              Unpaid

Status Updated             Oct 2020

Balance                     $1,031

Balance Updated                     -

Original Balance            $1,031

Monthly Payment                     -

Past Due Amount                     -

Highest Balance                     -

Terms                               -

Responsibility        Individual Account

Your Statement                      -

Comments                            -

11/18/2020                                     Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020

**experian.**

ARS ACCOUNT RESOLUTION
4SXX

*Exhibit C-1*

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ARS ACCOUNT RESOLUTION |
| Account # | 5XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | - |
| Account Type | COLLECTION |
| Date Opened | Nov 20, 2017 |
| Account Status! | - |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Nov 2017 |
| Balance | $710 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $710 |
| Monthly Payment | - |
| Past Due Amount | $710 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

## CONTACT INFORMATION

1643 NW 136TH AVE STE 10
SUNRISE, FL 33323
(954) 321-5957

### PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2019**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2018**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

**2017**
Jan Feb Mar Apr
May Jun Jul Aug
Sep Oct Nov Dec

Summary      Accounts      Collections      Inquiries      Public Records      Credit Score

11/18/2020                                                        Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020

**:experian.**

⚫A                                          ARS ACCOUNT RESOLUTION
                                            59XX

*Exhibit C-2*

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ARS ACCOUNT RESOLUTION |
| Account # | 59XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | - |
| Account Type | COLLECTION |
| Date Opened | Feb 20, 2018 |
| Account Status | - |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Feb 2018 |
| Balance | $1,031 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $1,031 |
| Monthly Payment | - |
| Past Due Amount | $1,031 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

## CONTACT INFORMATION

1643 NW 136TH AVE STE 10
SUNRISE, FL 33323
(954) 321-5957

### PAYMENT HISTORY

| | 2020 | | | | 2019 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | May | Jun | Jul | Aug | May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

11/18/2020                                                          Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020

**:experian.**

ARS ACCOUNT RESOLUTION
09XX

*Exhibit C-3*

| ACCOUNT DETAILS | | CONTACT INFORMATION |
|---|---|---|
| Account Name | ARS ACCOUNT RESOLUTION | 1643 NW 136TH AVE STE 10 |
| Account # | 09XX | SUNRISE, FL 33323 |
| Original Creditor | INPHYNET S BROWARD | (954) 321-5957 |
| Company Sold | - | |
| Account Type | COLLECTION | |
| Date Opened | Apr 20, 2018 | |
| Account Status! | - | |

PAYMENT HISTORY

|  | 2020 | | | | 2019 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| | May | Jun | Jul | Aug | May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |
| | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |

| | |
|---|---|
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Apr 2018 |
| Balance | $1,539 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $1,539 |
| Monthly Payment | - |
| Past Due Amount | $1,539 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

11/18/2020        Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020

:experian.

(A)

ARS ACCOUNT RESOLUTION
█ 5XX

*Exhibit C-4*

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ARS ACCOUNT RESOLUTION |
| Account # | █ 5XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | - |
| Account Type | COLLECTION |
| Date Opened | Jun 21, 2018 |
| Account Status | - |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Jun 2018 |
| Balance | $147 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $147 |
| Monthly Payment | - |
| Past Due Amount | $147 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

### CONTACT INFORMATION

1643 NW 136TH AVE STE 10
SUNRISE, FL 33323
(954) 321-5957

### PAYMENT HISTORY

**2020**
Jan Feb Mar Apr
☐ ☐ ☐ ☐
May Jun Jul Aug
☐ ☐ ☐ ☐
Sep Oct Nov Dec
☐ ☐ ☐ ☐

**2019**
Jan Feb Mar Apr
☐ ☐ ☐ ☐
May Jun Jul Aug
☐ ☐ ☐ ☐
Sep Oct Nov Dec
☐ ☐ ☐ ☐

**2018**
Jan Feb Mar Apr
☐ ☐ ☐ ☐
May Jun Jul Aug
☐ ☐ ☐ ☐
Sep Oct Nov Dec
☐ ☐ ☐ ☐

11/18/2020                                                      Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020

**:experian.**

ARS ACCOUNT RESOLUTION
75XX

*Exhibit C-5*

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ARS ACCOUNT RESOLUTION |
| Account # | 75XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | . |
| Account Type | COLLECTION |
| Date Opened | Jun 21, 2018 |
| Account Status! | . |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Jun 2018 |
| Balance | $1,731 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $1,731 |
| Monthly Payment | . |
| Past Due Amount | $1,731 |
| Highest Balance | . |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | . |
| Comments | . |

## CONTACT INFORMATION

1643 NW 136TH AVE STE 10
SUNRISE, FL 33323
(954) 321-5957

**PAYMENT HISTORY**

| | 2020 | | | | 2019 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| | May | Jun | Jul | Aug | May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |

*Summary*     *Accounts*     *Collections*     *Inquiries*     *Public Records*     *Credit Score*

11/18/2020                                                                Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020

:experian.

ARS ACCOUNT RESOLUTION
17XX

*Exhibit C-6*

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ARS ACCOUNT RESOLUTION |
| Account # | 7XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | - |
| Account Type | COLLECTION |
| Date Opened | Dec 20, 2018 |
| Account Status! | - |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Dec 2018 |
| Balance | $1,083 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $1,083 |
| Monthly Payment | - |
| Past Due Amount | $1,083 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

## CONTACT INFORMATION

1643 NW 136TH AVE STE 10
SUNRISE, FL 33323
(954) 321-5957

### PAYMENT HISTORY

| | 2020 | 2019 | 2018 |
|---|---|---|---|

*(payment history grid: Jan–Dec for 2020, 2019, 2018 — all empty)*

11/18/2020 Experian

KATHY CARESSE MACAJOUX - Experian
Date of Report: Nov 18, 2020



Exhibit C-7

 ARS ACCOUNT RESOLUTION

## ACCOUNT DETAILS

| | | CONTACT INFORMATION |
|---|---|---|
| Account Name | ARS ACCOUNT RESOLUTION | 1643 NW 136TH AVE STE 10 |
| Account # | 505XX | SUNRISE, FL 33323 |
| | | (954) 321-5957 |
| Original Creditor | INPHYNET S BROWARD | |
| Company Sold | - | PAYMENT HISTORY |
| Account Type | COLLECTION | |
| Date Opened | Dec 23, 2019 | |
| Account Status! | - | |

**PAYMENT HISTORY**

2020

Jan Feb Mar Apr
☐ ☐ ☐ ☐

May Jun Jul Aug
☐ ☐ ☐ ☐

Sep Oct Nov Dec
☐ ☐ ☐ ☐

| | |
|---|---|
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor&apos;s internal collection department |
| Status Updated | Dec 2019 |
| Balance | $1,697 |
| Balance Updated | Oct 31, 2020 |
| Original Balance | $1,697 |
| Monthly Payment | - |
| Past Due Amount | $1,697 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

11/18/2020                                              Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020

TransUnion 

## Collections

ARS
05XX                          *Exhibit D-1*

### ACCOUNT DETAILS                          CONTACT INFORMATION

| | |
|---|---|
| Account Name | ARS |
| Account # | 5XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | |
| Account Type | COLLECTION |
| Date Opened | Dec 23, 2019 |
| Account Status! | - |
| Payment Status | - |
| Status Updated | Oct 2020 |
| Balance | $1,697 |
| Balance Updated | Oct 03, 2020 |
| Original Balance | $1,697 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | - |
| Responsibility | Individual account |
| Your Statement | - |
| Comments | Placed for collection |

1643 NW 136TH AVE BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

PAYMENT HISTORY

11/18/2020

Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020





Exhibit D-2

### ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ARS |
| Account # | 45XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | . |
| Account Type | COLLECTION |
| Date Opened | Nov 20, 2017 |
| Account Status! | . |
| Payment Status | . |
| Status Updated | Oct 2020 |
| Balance | $710 |
| Balance Updated | Oct 03, 2020 |
| Original Balance | $710 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | . |
| Responsibility | Individual account |
| Your Statement | . |
| Comments | Placed for collection |

ARS
45XX

### CONTACT INFORMATION

1643 NW 136TH AVE BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

**PAYMENT HISTORY**

11/18/2020                                                    Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020





**ACCOUNT DETAILS**                                          **CONTACT INFORMATION**

| | |
|---|---|
| Account Name | ARS |
| Account # | 59XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | . |
| Account Type | COLLECTION |
| Date Opened | Feb 20, 2018 |
| Account Status! | . |
| Payment Status | . |
| Status Updated | Oct 2020 |
| Balance | $1,031 |
| Balance Updated | Oct 03, 2020 |
| Original Balance | $1,031 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | . |
| Responsibility | Individual account |
| Your Statement | . |
| Comments | Placed for collection |

1643 NW 136TH AVE BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

**PAYMENT HISTORY**

Exhibit D-3

11/18/2020                                                    Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020

TransUnion



ARS
09XX

*Exhibit D-4*

**ACCOUNT DETAILS**                                    **CONTACT INFORMATION**

Account Name                              ARS          1643 NW 136TH AVE BUILDING H SUITE 100
                                                       SUNRISE, FL 33323
Account #                              09XX           (954) 321-5957

Original Creditor          INPHYNET S BROWARD          **PAYMENT HISTORY**

Company Sold                                .

Account Type                       COLLECTION

Date Opened                     Apr 20, 2018

Account Status!                             .

Payment Status                              .

Status Updated                     Oct 2020

Balance                              $1,539

Balance Updated                 Oct 03, 2020

Original Balance                     $1,539

Monthly Payment                             .

Past Due Amount                             .

Highest Balance                             .

Terms                                       .

Responsibility             Individual account

Your Statement                              .

Comments               Placed for collection

11/18/2020                                                                Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020

 TransUnion

                                ARS
                                                    75XX                  *Exhibit D-5*

## ACCOUNT DETAILS                          CONTACT INFORMATION

| | |
|---|---|
| Account Name | ARS |
| Account # | 75XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | - |
| Account Type | COLLECTION |
| Date Opened | Jun 21, 2018 |
| Account Status! | - |
| Payment Status | - |
| Status Updated | Oct 2020 |
| Balance | $1,731 |
| Balance Updated | Oct 03, 2020 |
| Original Balance | $1,731 |
| Monthly Payment | - |
| Past Due Amount | - |
| Highest Balance | - |
| Terms | - |
| Responsibility | Individual account |
| Your Statement | - |
| Comments | Placed for collection |

1643 NW 136TH AVE BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

PAYMENT HISTORY

11/18/2020                                          Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020



TransUnion

ARS
75XX

*Exhibit D-6*

| ACCOUNT DETAILS | | CONTACT INFORMATION |
|---|---|---|
| Account Name | ARS | 1643 NW 136TH AVE BUILDING H SUITE 100 |
| Account # | 75XX | SUNRISE, FL 33323 |
| Original Creditor | INPHYNET S BROWARD | (954) 321-5957 |
| Company Sold | - | PAYMENT HISTORY |
| Account Type | COLLECTION | |
| Date Opened | Jun 21, 2018 | |
| Account Status! | - | |
| Payment Status | - | |
| Status Updated | Oct 2020 | |
| Balance | $147 | |
| Balance Updated | Oct 03, 2020 | |
| Original Balance | $147 | |
| Monthly Payment | - | |
| Past Due Amount | - | |
| Highest Balance | - | |
| Terms | - | |
| Responsibility | Individual account | |
| Your Statement | - | |
| Comments | Placed for collection | |

11/18/2020                                                                    Experian

CATHY MACAJOUX - TransUnion
Date of Report: Nov 18, 2020

TransUnion



ARS
7XX

*Exhibit D-7*

**ACCOUNT DETAILS**

| | |
|---|---|
| Account Name | ARS |
| Account # | 7XX |
| Original Creditor | INPHYNET S BROWARD |
| Company Sold | . |
| Account Type | COLLECTION |
| Date Opened | Dec 20, 2018 |
| Account Status! | . |
| Payment Status | . |
| Status Updated | Oct 2020 |
| Balance | $1,083 |
| Balance Updated | Oct 03, 2020 |
| Original Balance | $1,083 |
| Monthly Payment | . |
| Past Due Amount | . |
| Highest Balance | . |
| Terms | . |
| Responsibility | Individual account |
| Your Statement | . |
| Comments | Placed for collection |

**CONTACT INFORMATION**

1643 NW 136TH AVE BUILDING H SUITE 100
SUNRISE, FL 33323
(954) 321-5957

**PAYMENT HISTORY**