# Exhibit "C"

PO Box 9701
Allen, TX 75013



0001199   02 MB 0.447  **AUTO  T8 0 7189 30236-396563   -C02-P01200-I
KATHY C MACAJOUX
8363 BLACKFOOT TRL
JONESBORO GA  30236-3965



# Your Credit Report

Report # ●●●●●●25-44 for **Aug 09, 2021**

# Hi, Kathy C. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history. For more details, see the full credit report following the summary or view it online: experian.com/freescore

## What makes up your FICO® Score?*

**Payment History**
*0% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

**Even one missed or late payment can negatively impact your credit score.**

**Amount of New Credit**
*You have initiated 3 credit application(s) in the past year*

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

**Too many in too short a time can lower your credit score.**

POOR
**521**
FICO SCORE 8

**Credit Mix**
*Different Types of accounts*

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

**Repaying a variety of debt products indicates the borrower can handle all sorts of credit.**

**Amount of Debt**
*Revolving credit utilization*

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

**The lower the percentage, the better.**

**Credit History Length**
*Your average account age is 1.4 years*

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

**A longer active credit history is better for your score.**

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

●●●●3908          KATHY C MACAJOUX    Report # ●●●●●●25-44 for **08/09/21**          page 1 of 12

# Credit Report Insights (1) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

## 👍 What May Be Helping...

**0**
ACCOUNT(S) PAID AS AGREED

**0%**
OF ACCOUNTS HAVE ONTIME PAYMENTS



**521**
FICO SCORE 8
Experian data August 09, 2021
300 — 850
Poor 300-579 | Fair | Good | Very Good | Exceptional

Get more out of your score and report with a free online account. visit experian.com/view.

## ⚠ What May Be Hurting...

**1**
ACCOUNT(S) WITH LATE PAYMENTS

**100%**
OF ACCOUNTS WITH LATE PAYMENTS

**6**
COLLECTIONS ACCOUNT(S)

**0**
BANKRUPTCY (CIES)

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

Late payments can stay on your credit report for 7 years. Make sure to pay your accounts on time.

Accounts in Collection can stay on your credit report for up to 7 years after the account was first reported delinquent. Make sure to pay your accounts on time.

Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.

### Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.



experian. | Boost.

Create your free account at **experian.com/scoreboost**
Results may vary. See Experian.com for details.

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries



KATHY C MACAJOUX   Report # ...908   ...25-44 for 08/09/21   page 2 of 12

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . . . . . . . 3
Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| OK | Current / Terms met | 150 Past due 150 Days | VS | Voluntarily surrendered | D Defaulted on contract |
| 30 | Past due 30 Days | 180 Past due 180 Days | R | Repossession | C Collection |
| 60 | Past due 60 Days | CRD Creditor received deed | PBC | Paid by creditor | CO Charge off |
| 90 | Past due 90 Days | FS Foreclosure proceedings started | EC | Insurance claim | CLS Closed |
| 120 | Past due 120 Days | F Foreclosure | G | Claim filed with government | ND No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**ARS ACCOUNT RESOLUTION S** Partial Acct # ████4557
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Nov 2017)** Collection account.
$710 past due as of Jul 2021.

| Date opened | Terms | Recent balance | Comment |
|---|---|---|---|
| Nov 2017 | 1 Months | $710 as of Jul 2021 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Jun 2021. |
| **Address ID #** 0931767246 | **Monthly payment** Not reported | This account is scheduled to continue on record until Jun 2023. | |
| **Original creditor** INPHYNET S BROWARD LLC | **Credit limit or original amount** $710 | | |
| **Type** Collection | **High balance** Not reported | | |
| **Responsibility** Individual | | | |

**Payment history: Jan 2018 - Jul 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | C | C | C | C | C | C | C | | | | | |
| 2020 | C | C | C | C | C | C | C | ND | C | C | C | C |
| 2019 | C | C | C | C | C | C | C | C | ND | C | C | C |
| 2018 | C | ND | ND | ND | ND | ND | ND | ND | ND | C | C | C |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2021 - Apr 2021

| | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Oct20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr20 | Mar20 | Feb20 | Jan20 | Nov19 | Nov19 | Oct19 | Sep19 | Aug19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 | $710 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $710

**Your Potentially Negative Account Activity (Continued)**

---

**ARS ACCOUNT RESOLUTION S** Partial Acct # ▉5970
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Feb 2018)** Collection account.
$1,031 past due as of Jul 2021.

**Date opened**
Feb 2018

**Address ID #**
0931767246

**Original creditor**
INPHYNET S BROWARD LLC

**Type**
Collection

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,031

**High balance**
Not reported

**Recent balance**
$1,031 as of Jul 2021

This account is scheduled to continue on record until Sep 2023.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

This item was updated from our processing of your dispute in Jun 2021.

Payment history: Mar 2018 - Jul 2021

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | C | C | C | C | C | C | C |   |   |   |   |   |
| 2020 | C | C | C | C | C | C | C | ND | C | C | C | C |
| 2019 | C | C | C | C | C | C | C | C | ND | C | C | C |
| 2018 |   |   | C | ND | ND | ND | ND | ND | ND | C | C | C |



**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2021 - Apr 2021

|                          | Jun21   | May21   | Apr21   | Mar21   | Feb21   | Jan21   | Dec20   | Oct20   | Oct20   | Sep20   | Aug20   | Jul20   | Jun20   | May20   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  |
| Date Payment Received    | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Apr20   | Mar20   | Feb20   | Jan20   | Nov19   | Nov19   | Oct19   | Sep19   | Aug19   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  | $1,031  |
| Date Payment Received    | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,031

---

**ARS ACCOUNT RESOLUTION S** Partial Acct # ▉0978
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Apr 2018)** Collection account.
$1,539 past due as of Jul 2021.

**Date opened**
Apr 2018

**Address ID #**
0931767246

**Original creditor**
INPHYNET S BROWARD LLC

**Type**
Collection

**Responsibility**
Individual

**Terms**
1 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$1,539

**High balance**
Not reported

**Recent balance**
$1,539 as of Jul 2021

This account is scheduled to continue on record until Nov 2023.

**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

This item was updated from our processing of your dispute in Jun 2021.

Payment history: May 2018 - Jul 2021

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | C | C | C | C | C | C | C |   |   |   |   |   |
| 2020 | C | C | C | C | C | C | C | ND | C | C | C | C |
| 2019 | C | C | C | C | C | C | C | C | ND | C | C | C |
| 2018 |   |   |   |   | C | ND | ND | ND | ND | C | C | C |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2021 - Apr 2021

|                          | Jun21   | May21   | Apr21   | Mar21   | Feb21   | Jan21   | Dec20   | Oct20   | Oct20   | Sep20   | Aug20   | Jul20   | Jun20   | May20   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  |
| Date Payment Received    | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Apr20   | Mar20   | Feb20   | Jan20   | Nov19   | Nov19   | Oct19   | Sep19   | Aug19   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  |
| Date Payment Received    | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,539

---

**Your Potentially Negative Account Activity (Continued)**

---

### ARS ACCOUNT RESOLUTION S  Partial Acct # ▮▮▮77553
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Jun 2018)** Collection account.
$1,731 past due as of Jul 2021.

**Date opened:** Jun 2018
**Address ID #:** 0618579693
**Original creditor:** INPHYNET S BROWARD LLC
**Type:** Collection
**Responsibility:** Individual

**Terms:** 1 Months
**Monthly payment:** Not reported
**Credit limit or original amount:** $1,731
**High balance:** Not reported

**Recent balance:** $1,731 as of Jul 2021
This account is scheduled to continue on record until Jan 2024.
**Comment:** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Jun 2021.

**Payment history:** Jul 2018 - Jul 2021

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | C   | C   | C   | C   | C   | C   |     |     |     |     |     |     |
| 2020 | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   |
| 2019 | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   |
| 2018 |     |     |     |     |     |     | C   | ND  | C   | C   | C   | C   |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2021 - Apr 2021

|                           | Jun21   | May21   | Apr21   | Mar21   | Feb21   | Jan21   | Dec20   | Oct20   | Oct20   | Sep20   | Aug20   | Jul20   | Jun20   | May20   |
|---------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance           | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  |
| Date Payment Received     | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount  | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid        | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                           | Apr20   | Mar20   | Feb20   | Jan20   | Nov19   | Nov19   | Oct19   | Sep19   | Aug19   |
|---------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance           | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  | $1,731  |
| Date Payment Received     | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount  | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid        | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,731

---

### ARS ACCOUNT RESOLUTION S  Partial Acct # ▮▮▮1771
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Dec 2018)** Collection account.
$1,083 past due as of Jul 2021.

**Date opened:** Dec 2018
**Address ID #:** 0931767246
**Original creditor:** INPHYNET S BROWARD LLC
**Type:** Collection
**Responsibility:** Individual

**Terms:** 1 Months
**Monthly payment:** Not reported
**Credit limit or original amount:** $1,083
**High balance:** Not reported

**Recent balance:** $1,083 as of Jul 2021
This account is scheduled to continue on record until Oct 2024.
**Comment:** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Jun 2021.

**Payment history:** Jan 2019 - Jul 2021

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | C   | C   | C   | C   | C   | C   |     |     |     |     |     |     |
| 2020 | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   |
| 2019 | C   | ND  | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2021 - Apr 2021

|                           | Jun21   | May21   | Apr21   | Mar21   | Feb21   | Jan21   | Dec20   | Oct20   | Oct20   | Sep20   | Aug20   | Jul20   | Jun20   | May20   |
|---------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance           | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  |
| Date Payment Received     | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount  | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid        | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                           | Apr20   | Mar20   | Feb20   | Jan20   | Nov19   | Nov19   | Oct19   | Sep19   | Aug19   |
|---------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance           | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  | $1,083  |
| Date Payment Received     | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount  | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid        | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,083

---

## Your Potentially Negative Account Activity (Continued)

### ARS ACCOUNT RESOLUTION S Partial Acct # ███0590
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Dec 2019)** Collection account.
$1,697 past due as of Jul 2021.

| Date opened | Terms | Recent balance | Payment history: Apr 2020 - Jul 2021 |
|---|---|---|---|
| Dec 2019 | 1 Months | $1,697 as of Jul 2021 | |
| **Address ID #** 0065563973 | **Monthly payment** Not reported | This account is scheduled to continue on record until Aug 2025. | 2021: JAN C, FEB C, MAR C, APR C, MAY C, JUN C, JUL C |
| **Original creditor** INPHYNET S BROWARD LLC | **Credit limit or original amount** $1,697 | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | 2020: MAR C, APR C, MAY C, JUN C, JUL ND, AUG C, SEP C, OCT C, NOV C, DEC C |
| **Type** Collection | **High balance** Not reported | This item was updated from our processing of your dispute in Jun 2021. | |
| **Responsibility** Individual | | | |



**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2021 - Apr 2021

| | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Oct20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr20 | Mar20 |
|---|---|---|
| Account Balance | $1,697 | $1,697 |
| Date Payment Received | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data |
| Actual Amount Paid | No Data | No Data |

The original amount of this account was $1,697

---

### DRIVETIME/BRIDGECREST Partial Acct # ███1687....
7300 E HAMPTON AVE STE 101 MESA AZ 85209; (480) 413 5353

**Status (Feb 2021)** Paid, Closed.

| Date opened | Terms | Recent balance | Payment history: Mar 2020 - Feb 2021 |
|---|---|---|---|
| Mar 2020 | 68 Months | Not reported | |
| **Address ID #** 0072623205 | **Monthly payment** Not reported | **Comment:** Paid through insurance. | 2021: JAN ND, FEB 60 |
| **Type** Auto Loan | **Credit limit or original amount** $14,709 | | 2020: MAR OK, APR OK, MAY OK, JUN OK, JUL OK, AUG OK, SEP OK, OCT OK, NOV OK, DEC 30 |
| **Responsibility** Individual | **High balance** Not reported | | |

| | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $11,135 | $14,614 | $14,283 | $14,174 | $14,436 | $14,324 | $14,678 | $14,646 | $14,719 | $14,780 | $14,855 |
| Date Payment Received | 11.30.20 | 11.14.20 | 11.14.20 | 10.31.20 | 09.13.20 | 08.30.20 | 07.25.20 | 06.20.20 | 05.23.20 | 04.25.20 | 03.18.20 |
| Scheduled Payment Amount | $413 | $413 | $413 | $413 | $413 | $413 | $413 | $413 | $413 | $413 | $413 |
| Actual Amount Paid | No Data | No Data | $191 | $604 | $191 | $676 | $301 | $383 | $383 | $388 | $1,500 |

The original amount of this account was $14,709

## Who Has Viewed Your Consumer Information

### CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

⚠ Hard inquiries may stay on your report up to two years.