# Exhibit "D"

PO Box 9701
Allen, TX 75013



0000969   02 MB 0.515  **AUTO  T7 0 7165 30236-396563   -C02-P00969-I
KATHY CARESSE MACAJOUX
8363 BLACKFOOT TRAIL
JONESBORO GA  30236-3965



## Your Credit Report
Report # ███████72-96 for Jul 15, 2022

# Hi, Kathy Caresse. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history. For more details, see the full credit report following the summary or view it online: experian.com/freescore

## What makes up your FICO® Score?*

**Payment History**
*67% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

**Amount of Debt**
*You have 64% revolving credit utilization*

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*



POOR
**566**
FICO SCORE

**Credit History Length**
*Your average account age is 1.0 years*

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

**Amount of New Credit**
*You have initiated 1 credit application(s) in the past year*

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

**Credit Mix**
*Different Types of accounts*

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

Case 1:22-cv-02588-SDG-JEM   Document 17-5   Filed 01/26/23   Page 3 of 7

# Credit Report Insights (3) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

## 👍 What May Be Helping...

**▲ 2** ACCOUNTS PAID AS AGREED

**▲ 67%** OF ACCOUNTS PAID AS AGREED

## ⚠ What May Be Hurting...

**▲ 1** POTENTIALLY NEGATIVE ACCOUNTS

**▲ 5** COLLECTIONS ACCOUNTS

**▲ 0** BANKRUPTCIES

**▲ 33%** OF POTENTIALLY NEGATIVE ACCOUNTS

**▲ 64%** REVOLVING CREDIT UTILIZATION



**566**
FICO SCORE 8
Experian data July 15, 2022

Poor 300-579 | Fair | Good | Very Good | Exceptional
300 — 850

Get more out of your score and report with a free online account. visit experian.com/view.

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Nice job making some payments on time. Make sure to pay all your accounts on time because late payments can stay on your credit report for 7 years.*

*Ideal credit utilization is 30 percent and under. Work on paying down your revolving credit balances to lower your credit utilization rate.*

*Accounts in Collection can stay on your credit report for up to 7 years after the account was first reported delinquent. Make sure to pay your accounts on time.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*

## Did you know you may instantly raise your FICO® Score



See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.

experian. | Boost.

Create your free account at experian.com/scoreboost
Results may vary. See Experian.com for details.


3908   KATHY CARESSE MACAJOUX   Report # ████ 2-96 for 07/15/22   page 2 of 10

FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries
The FICO credit characteristic values provided in the boxes above may include special treatment logic that results in certain credit bureau report information being excluded from the calculation.

7165-02-00-0000969-0005-0006665

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . . . 3
Your Positive Account Activity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Who Has Viewed Your Credit Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Your Personal Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
How to Contact Experian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Your Rights as a Consumer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## Payment History Legend



- OK Current / Terms met
- 30 Past due 30 Days
- 60 Past due 60 Days
- 90 Past due 90 Days
- 120 Past due 120 Days
- 150 Past due 150 Days
- 180 Past due 180 Days
- CRD Creditor received deed
- FS Foreclosure proceedings started
- F Foreclosure
- VS Voluntarily surrendered
- R Repossession
- PBC Paid by creditor
- EC Insurance claim
- G Claim filed with government
- D Defaulted on contract
- C Collection
- CO Charge off
- CLS Closed
- ND No data for this period

## ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**ARS ACCOUNT RESOLUTION S** Partial Acct # ▮0978
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Apr 2018)** Collection account. $1,539 past due as of Jul 2022.

| | | |
|---|---|---|
| **Date opened** Apr 2018 | **Terms** 1 Months | **Recent balance** $1,539 as of Jul 2022 |
| **Address ID #** 0931767246 | **Monthly payment** Not reported | This account is scheduled to continue on record until Nov 2023. |
| **Original creditor** INPHYNET S BROWARD LLC | **Credit limit or original amount** $1,539 | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). |
| **Type** Collection | **High balance** Not reported | |
| **Responsibility** Individual | | This item was updated from our processing of your dispute in Jun 2021. |

**Payment history:** Jun 2018 - Jul 2022



|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | C   | C   | C   | C   | C   | C   | C   |     |     |     |     |     |
| 2021 | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   | C   |
| 2020 | C   | C   | C   | C   | C   | C   | C   | C   | ND  | C   | C   | C   |
| 2019 | C   | C   | C   | C   | C   | C   | C   | C   | ND  | C   | ND  | C   |
| 2018 |     |     |     |     |     | C   | ND  | ND  | ND  | ND  | C   | C   |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2022 - Feb 2022 | Dec 2021 | Oct 2021 - Sep 2021 | Jul 2021 - Apr 2021

|                          | Jun22   | May22   | Apr22   | Mar22   | Feb22   | Dec21   | Dec21   | Oct21   | Oct21   | Sep21   | Jul21   | Jul21   | Jun21   | May21   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  |
| Date Payment Received    | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|                          | Apr21   | Mar21   | Feb21   | Jan21   | Dec20   | Oct20   | Oct20   | Sep20   | Aug20   | Jul20   |
|--------------------------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| Account Balance          | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  | $1,539  |
| Date Payment Received    | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid       | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,539

## Your Potentially Negative Account Activity (Continued)

### ARS ACCOUNT RESOLUTION S  Partial Acct # ███7553
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Jun 2018)** Collection account.
$1,731 past due as of Jul 2022.

**Date opened** Jun 2018
**Address ID #** 0618579693
**Original creditor** INPHYNET S BROWARD LLC
**Type** Collection
**Responsibility** Individual

**Terms** 1 Months
**Monthly payment** Not reported
**Credit limit or original amount** $1,731
**High balance** Not reported

**Recent balance** $1,731 as of Jul 2022
This account is scheduled to continue on record until Jan 2024.
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jun 2021.

Payment history: Jul 2018 - Jul 2022



### Comment History
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2022 - Feb 2022 | Dec 2021 | Oct 2021 - Sep 2021 | Jul 2021 - Apr 2021

|  | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Dec21 | Dec21 | Oct21 | Oct21 | Sep21 | Jul21 | Jul21 | Jun21 | May21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

|  | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Oct20 | Oct20 | Sep20 | Aug20 | Jul20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 | $1,731 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,731

### ARS ACCOUNT RESOLUTION S  Partial Acct # ███1771
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Dec 2018)** Collection account.
$1,083 past due as of Jul 2022.

**Date opened** Dec 2018
**Address ID #** 0931767246
**Original creditor** INPHYNET S BROWARD LLC
**Type** Collection
**Responsibility** Individual

**Terms** 1 Months
**Monthly payment** Not reported
**Credit limit or original amount** $1,083
**High balance** Not reported

**Recent balance** $1,083 as of Jul 2022
This account is scheduled to continue on record until Oct 2024.
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jun 2021.

Payment history: Feb 2019 - Jul 2022



### Comment History
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2022 - Feb 2022 | Dec 2021 | Oct 2021 - Sep 2021 | Jul 2021 - Apr 2021

|  | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Dec21 | Dec21 | Oct21 | Oct21 | Sep21 | Jul21 | Jul21 | Jun21 | May21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

### Your Potentially Negative Account Activity (Continued)

| | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Oct20 | Oct20 | Sep20 | Aug20 | Jul20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 | $1,083 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,083

---

### ARS ACCOUNT RESOLUTION S  Partial Acct # ████0590
1643 NW 136TH AVE STE 100 SUNRISE FL 33323; No phone # available

**Status (Dec 2019)** Collection account.
$1,697 past due as of Jul 2022.

**Date opened** Dec 2019
**Address ID #** 0065563973
**Original creditor** INPHYNET S BROWARD LLC
**Type** Collection
**Responsibility** Individual

**Terms** 1 Months
**Monthly payment** Not reported
**Credit limit or original amount** $1,697
**High balance** Not reported

**Recent balance** $1,697 as of Jul 2022
This account is scheduled to continue on record until Aug 2025.
**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Jun 2021.

Payment history: May 2020 - Jul 2022



### Comment History
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jun 2022 - Feb 2022 | Dec 2021 | Oct 2021 - Sep 2021 | Jul 2021 - Apr 2021

| | Jun22 | May22 | Apr22 | Mar22 | Feb22 | Dec21 | Dec21 | Oct21 | Oct21 | Sep21 | Jul21 | Jul21 | Jun21 | May21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Oct20 | Oct20 | Sep20 | Aug20 | Jul20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 | $1,697 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $1,697

---

### DRIVETIME/BRIDGECREST  Partial Acct # ████687....
7300 E HAMPTON AVE STE 101 MESA AZ 85209; (480) 413 5353

**Status (Feb 2021)** Paid, Closed.

**Date opened** Mar 2020
**Address ID #** 0072623205
**Type** Auto Loan
**Responsibility** Individual

**Terms** 68 Months
**Monthly payment** Not reported
**Credit limit or original amount** $14,709
**High balance** Not reported

**Recent balance** Not reported
**Comment:** Paid through insurance.

Payment history: Mar 2020 - Feb 2021

| | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 |
|---|---|---|---|---|---|---|---|
| Account Balance | $11,135 | $14,614 | $14,283 | $14,174 | $14,436 | $14,324 | $14,678 |
| Date Payment Received | Nov30 | Nov14 | Nov14 | Oct31 | Sep13 | Aug30 | Jul25 |
| Scheduled Payment | $413 | $413 | $413 | $413 | $413 | $413 | $413 |
| Actual Amount Paid | No Data | No Data | $191 | $604 | $191 | $676 | $301 |

The original amount of this account was $14,709.

## Your Potentially Negative Account Activity (Continued)

**PARAMOUNT RECOVERY SYSTM** Partial Acct # ████3466  
PO BOX 23369 WACO TX 76702; (866) 250 7007

**Status (Mar 2022)** Collection account. $710 past due as of Jun 2022.

| | | | |
|---|---|---|---|
| **Date opened** Mar 2022 | **Terms** 1 Months | **Recent balance** $710 as of Jun 2022 | **Payment history:** Jun 2022 - Jun 2022 |
| **Address ID #** 0931767246 | **Monthly payment** Not reported | This account is scheduled to continue on record until Jun 2023. | |
| **Original creditor** INPHYNET S BROWARD LLC | **Credit limit or original amount** $710 | | |
| **Type** Collection | **High balance** Not reported | | |
| **Responsibility** Individual | | | |

Payment history: JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC  
2022 — — — — — C — — — — — —



## 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

**OPENSKY CBNK** Partial Acct # ████0453....  
101 CROSSWAYS PARK DR W WOODBURY NY 11797; (800) 859 6412

**Status (Jun 2022)** Open/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Credit card | **Date opened** Mar 2022 | **Address ID #** 0065563973 | **Credit limit or original amount** $200 | **Recent balance** $128 as of Jun 2022 | **Responsibility** Individual |
| **Terms** Not reported | **Monthly payment** $29 | **High balance** $148 | **Recent payment** $25 | | |

| | May22 | Apr22 |
|---|---|---|
| Account Balance | $118 | $120 |
| Date Payment Received | 05.15.22 | No Data |
| Scheduled Payment Amount | $25 | $35 |
| Actual Amount Paid | $35 | No Data |

Between Apr 2022 and May 2022, your credit limit/high balance was $200

**SELF /ATLANTIC CAPITAL B** Partial Acct # ████1783....  
515 CONGRESS AVE STE 2200 AUSTIN TX 78701; (877) 883-0999

**Status (Jun 2022)** Open/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Secured Loan | **Date opened** Apr 2022 | **Address ID #** 0071545047 | **Credit limit or original amount** $520 | **Recent balance** $482 as of Jun 2022 | **Responsibility** Individual |
| **Terms** 24 Months | **Monthly payment** $25 | **High balance** Not reported | **Recent payment** $25 | | |

| | May22 | Apr22 |
|---|---|---|
| Account Balance | $501 | $520 |
| Date Payment Received | 05.01.22 | No Data |
| Scheduled Payment Amount | $25 | $25 |
| Actual Amount Paid | $25 | No Data |

The original amount of this account was $520

