# Exhibit "G"

August 9, 2021

Macajoux, Kathy Caresse
8363 Blackfoot Trail
Jonesboro, Georgia [30236]

ARS
P.O. BOX 8668
CORAL SPRINGS, FL 33075

Notice and Demand to cease and desist

Re: 0590

Dear ARS,

Pursuant to 15 USC 1692c (c) I am notifying you that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums.

Pursuant to 15 USC 1692c (c) (2) - I am invoking my specified remedy as a consumer and the original creditor. I am demanding all of the following:

- Terminate all further collection efforts.
- Remove all alleged accounts from all consumer reporting bureaus.
- Pay and compensate me in the amount on the attached invoice for every violation listed on the invoice.

I fully intend on pursuing litigation in this matter to enforce my rights under the consumer credit protection act if necessary.

Best regards,

*K.75*
Macajoux, Kathy Caresse