IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JAN 26 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| KATHY MACAJOUX<br>   Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 1:22-cv-2588<br>) |
| HEALTHCARE REVENUE<br>RECOVERY GROUP, LLC d/b/a<br>ACCOUNT RESOLUTION SERVICES.,<br>   Defendant. | )<br>)<br>)<br>) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Kathy Macajoux and hereby dismisses this matter with prejudice. All Parties shall bear their own costs.

Date: January 26, 2023.

Respectfully submitted,

_____
Kathy Macajoux
8363 Blackfoot Trail
Jonesboro, Georgia 30236
(786)915-2060
Lundykathy63@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served electronically via email and by USPS mail to:

Ernest H. Kohlmyer, III
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Email: skohlmyer@shepardfirm.com


Date: January 26, 2023

*Kathy Macajoux*